```
PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors
```

The following constitutes
the order of the court. Signed September 19, 2014

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 14-42951 MEH** |
| **FERNANDO RAMOS, JR. And DEANNA LYNN RAMOS,** | **Chapter 13** |
| Debtors. | <u>**ORDER AVOIDING LIEN OF RESURGENCE CAPITAL, LLC**</u> |

The above named debtors having served a Motion to Avoid Lien on August 27, 2014, and there being no objections thereto and it appearing that the lien impairs debtors' exemption and good cause appearing therefor:

**IT IS ORDERED** that the default of Resurgence Capital, LLC is entered and the lien of Resurgence Capital, LLC which was recorded on April 14, 2014, in Contra Costa County Recorder's Office as Instrument #2014-0056786-00 against the real property located at 1520 - 26th Street, Richmond, CA 94806 is null and void.

**END OF ORDER**

**COURT SERVICE LIST**

Attn: Officer
Resurgence Capital, LLC
1161 Lake Cook Road, Suite D
Deerfield, IL 60015

Attn: Officer
Resurgence Capital, LLC
C/o CSC - Lawyers Incorporating Service
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833

Attn: Officer
Resurgence Capital, LLC
C/o Resurgence Legal Group, PC
10805 Holder Street, Suite 205
Cypress, CA 90630

Attn: Nathan A. Searless
Resurgence Capital, LLC
C/o Resurgence Legal Group, PC
10805 Holder Street, Suite 205
Cypress, CA 90630