PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors

The following constitutes
the order of the court. Signed September 19, 2014

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 14-42951 MEH** |
| **FERNANDO RAMOS, JR. And DEANNA LYNN RAMOS,** | **Chapter 13** |
| Debtors. | **ORDER AVOIDING LIEN OF OPERATING ENGINEERS LOCAL #3 FEDERAL CREDIT UNION** |
| _____/ | |

The above named debtors having served a Motion to Avoid Lien on August 27, 2014, and there being no objections thereto and it appearing that the lien impairs debtors' exemption and good cause appearing therefor:

**IT IS ORDERED** that the default of Operating Engineers Local #3 Federal Credit Union is entered and the lien of Operating Engineers Local #3 Federal Credit Union which was recorded on December 23, 2011, in Contra Costa County Recorder's Office as Instrument #2011-0281832-00 against the real property located at 1520 - 26th Street, Richmond, CA 94806 is null and void.

**END OF ORDER**

Page 1 of 2

**COURT SERVICE LIST**

Attn: Officer
Operating Engineers Local Union No. 3 Credit Union
6300 Village Parkway
Dublin, CA 94568

Attn: Mike Donohue
Operating Engineers Local Union No. 3 Credit Union
6300 Village Parkway
Dublin, CA 94568

Attn: Officer
Operating Engineers Local Union #3 Federal Credit Union
250 N. Canyons Parkway
Livermore, CA 94551

Attn: Officer
Operating Engineers Local Union #3 Federal Credit Union
C/o Winn Law Group
110 E. Wilshire Avenue, Suite 212
Fullerton, CA 92832

Attn: Officer
Operating Engineers Local Union #3 Federal Credit Union
C/o Winn Law Group
PO Box 1216
Fullerton, CA 92836

Attn: Officer
Operating Engineers Local Union #3 Federal Credit Union
C/o Winn Law Group
PO Box 5073
Livermore, CA 94551